**Order filed January 13, 2015**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-00891-CV**
_____

**CURTIS JOHNSON, Appellant**

**V.**

**8721 TOWN PARK COMMUNITIES, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 1054232**

---

## O R D E R

The notice of appeal in this case was filed November 4, 2014. A partial clerk's record concerning indigency and the clerk's record were filed November 19, 2014. The record reflects appellant filed an affidavit to proceed without advance payment of costs on appeal. On November 12, 2014, the trial court signed an order sustaining a contest to appellant's claim of indigence. Appellant did not file a motion challenging the trial court's order. *See* Tex. R. App. P. 20.1(j)(2).

Accordingly, appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **January 28, 2015.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.


PER CURIAM